

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>Ricky George<br><br>DEFENDANT(S). | **PLAINTIFF** | CASE NUMBER<br><br>2:15-MJ-00191 |
|---|---|---|

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _February 13_____, _2015_, at _11:00_ ☑a.m. / ☐p.m. before the Honorable _Ralph Zarefsky_____, in Courtroom _540____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: _2/10/15_____          _Ralph Zarefsky_____
                                 U.S. District Judge/Magistrate Judge